**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-20004

UNDERWRITERS AT LLOYDS, Subscribing to that Certain Policy or
    Policies
 of Insurance Under Cover Note PCL-14838, COASTAL TOWING, INC.,

Plaintiffs - Counter Defendants - Appellees,

VERSUS

SEARIVER MARITIME, INC.,

Defendant - Counter Claimant - Appellant.

Appeal from the United States District Court
For the Southern District of Texas, Houston
H-98-CV-1391

May 21, 2002

Before DAVIS, BARKSDALE and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

        After reviewing the record in this case and considering the

briefs of the parties and argument of counsel, we are persuaded

that the district court committed no reversible error.    We

therefore affirm the judgment of the district court essentially on

---

        [*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

the basis of its Findings of Fact and Conclusions of Law rendered September 1, 2000.

AFFIRMED.